Betty Louise HARRINGTON, Appellant,

v.

Marshall C. HARRINGTON, Appellee.

No. 2254.

Municipal Court of Appeals for the District of Columbia.

Argued Sept. 22, 1958.

Decided Oct. 28, 1958.

Julius Poms, Washington, D. C., with whom Sidney S. Sachs and Lewis Jacobs, Washington, D. C., were on the brief, for appellant.

Katherine M. Staley, Washington, D. C., for appellee.

Before ROVER,· Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

The background for this appeal may be found in our opinion in Harrington v. Harrington, D.C.Mun.App., 145 A.2d 121. While the main appeals were pending the wife moved to have the husband adjudged in contempt for failure to make payments for support of the child, and also moved for judgment against the husband for the arrears in such payments. The trial court denied the motions and this appeal was taken from that denial. In the light of our opinion on the main appeals we find no error in this appeal.

Affirmed.

Gloria WISE, Appellant,

v.

Herbert WISE, Appellee.

No. 2199.

Municipal Court of Appeals for the District of Columbia.

Argued June 16, 1958.

Decided Oct. 28, 1958.

John J. O'Brien, Washington, D. C., with whom Henry J. Siegman, Washington, D. C., was on the brief, for appellant.

Ernest F. Coleman, Washington, D. C., for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

The appellant wife filed a complaint for limited divorce on the ground of cruelty, custody of the minor child of the parties, and support for herself and the child. After hearing the testimony of the wife, the husband, and other witnesses, the court denied the divorce, granted the husband custody of the child, with the right of visitation in the wife, and denied her support. She appeals.

We have carefully considered the record and find no error.

Affirmed.